# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2022 MAY 16 P 2:16
CLERK OF COURT

(Full name of plaintiff(s))

__Nathan John Huiras__

v.

(Full name of defendant(s))

Judge Kristen Cafferty
Attorney Megan McGee Norris
Atty Jessica Anne Grundberg, Atty Patricia Hanson
Attorney Jeffrey Leggett, Social Worker Andrew Patch,

Case Number:

**22-C-0575**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ (State) and resides at

   __6346 Newcastle Ln, Racine, WI 53402__ (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____ (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Racine County violated my rights. They put a felony warrant for arrest under my name on March 11th where no case was created. There were felony charges on this warrant. They have been searching and seizing my private information using an open felony case as their instrument. There have been no arrests upon me and no officers have approached me even though it says on my record that I am a

threat. The way I found out about this open felony case was through proper legal service of the Governor & Attorney General's office. I have a June 7th family court hearing for financial discovery where Judge Caffery refuses to allow Dr. Kravit testify who is a forensic psychologist. "Mr. Aniras's mental health does not preclude him from parenting his children" The court threatened to put me in jail if I didn't complete this psychological $4,000 evaluation. The results of the evaluation on March 1st, 2022 cleared me as fit to parent. Then on April 13th and April 25th In 2 separate hearings Judge Caffery refused to admit this $4,000 PSy D evaluation into evidence without testimony. I subpeona'd Dr Allison Kravit Psy D to testify on June 7th and the court refuses to allow her to testify. I anticipate that Racine Family Court will find a way to put me in contempt of court where they can seize my property then they will attempt felony charges on June 8th.

C. **JURISDICTION**

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Please stay both Racine County cases. Motion for stay on Racine Family Court case ~~2022~~ 2021FA000597 and Racine Criminal Case - 2022CF000630 If the June 7th + 8th, 2022 hearings happen this will cause major harm and damage to me and my property. Racine County refuses to tell me the details of Case 2022CF000630 unless I go in where they will probably put me in handcuffs and force me to sign a bond. THIS IS MALICIOUS PROSECUTION!!!!

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 16th day of May, 2022.

Respectfully Submitted,

_____
Signature of Plaintiff

920-980-6184
Plaintiff's Telephone Number

huirasnate@gmail.com
Plaintiff's Email Address

6346 Newcastle Ln
Racine, WI 53402
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:22-cv-00575-PP   Filed 05/16/22   Page 5 of 5   Document 1