# AMENDED COMPLAINT
(for non-prisoner filers without lawyers)

CLERK USDC EDWI
FILED
2022 MAY 17 P 2:17

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

(Full name of plaintiff(s))

Nathan John Huiras

*Malicious Prosecution!!!*

v.

Case Number:

(Full name of defendant(s))

**22-CV-575**

(to be supplied by Clerk of Court)

Steven Beal (Racine Police Dept)

Patricia Hanson (Racine County District Attorney), Atty Jessica Ann Grunberg

Kelly Larsen (Racine County Assistant DA), John M Wagner (Racine Cty ADA)

Judge Kristin Cafferty, Guardian Ad Litem Megan McGee Norris, ~~Steven Beal~~

---

A. **PARTIES**

1. Plaintiff is a citizen of **Wisconsin** and resides at
   (State)

   **6346 Newcastle Ln, Racine, WI 53402**
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **Patricia Hanson**
   (Name)

Amended Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin_____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Racine County - 9th Floor 730 Wisconsin Avenue Racine, WI 53403__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On March 10, 2022 officer Steven Beal of Racine Family Court violated my rights by

creating a felony criminal complaint without proper service. I had no knowledge of

this complaint until I checked my Wisconsin Circuit Court record on May 16th, 2022. This

allowed Racine Family Court to search and seize my information without my knowledge for

over 2 months and violate my 3rd and 4th amendment United States Constitutional Rights

to avoid improper search and seiziure of my property and also

to maintain privacy. The trial court alleges that I committed a crime by simply

filing a small claims lawsuit against Racine Social Worker Andrew Patch (See Wisconsin

Case 2022SC000510) me via malicious and embellished testimony. This case

2022SC000510 has been dismissed due to Judge Cafferty of Racine Family Court

threatening me with sanctions. Even after I dismissed this case the felony charges

remained open without my knowledge with an open warrant allowing the police to

Improperly search and seize my property. Google has confirmed that Racine County

Has hacked my phone and I've also had to spend hundreds of dollars securing my home

network where my wifi is currently unusable. I have missed multiple days of work

because I am a work from home remote work employee of Northwestern Mutual.

I've had to used paid time off in order to try to fix my home network due to the damage

caused by this unlawful search and seizure warrant. Also my Discover Bank credit

card has been hacked as they confirmed with me over the phone. How am I supposed

to do financial discovery in a family law case when Racine Family Court has hacked

my bank accounts? The Racine Family court has done this in order to create more

enforcement wards under the agenda of the Wisconsin Child Support Agency in order to maintain

the maximum amount of money flowing into this Child Support Enforcement

"Statutuary Scheme" as the US Supreme Court commented on Child Support

in Blessing v. Freestone, 520 U.S. 329 (1997). This is why Racine Family Court violated

my rights is because they receive contracted awards for enforcing child support

and Family court social worker Andrew Patch locked me into many more months of child support by

providing this embellished testimony. In the meantime Racine Family Court and

its officers can profit mightily from this case and create more billable hours for this

corrupt guardian ad litem - Attorney Megan McGee Norris.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

**I hereby move the Eastern District Federal Court to transfer this Wisconsin case (2022CF000630) to Federal Court**

**I also move the court to quash all warrants related to this case. This is a violation of my 3rd and 4th Amendement United States Bill of Rights.**

**I also move the court to Stay Racine Family court case 2021FA000592 in order to give me time to correct the damage that has been done to my bank accounts that have been frozen and locked. Racine Family Court is expecting me to provide financial discovery information by June 7th and this is not feasible until my home network is fully restored. And then this unreasonable felony hearing is on June 8th. I will not have time to prepare for a financial discovery family court hearing on June 7th and then on June 8th report for a pre-trial hearing on felony charges.**

E.  JURY DEMAND

   I want a jury to hear my case.

   [x] – YES        [ ] – NO

   I declare under penalty of perjury that the foregoing is true and correct.

   Complaint signed this ___17th___ day of _____May_____ 20_22__.

   Respectfully Submitted,

   _____
   Signature of Plaintiff

   920-980-6189
   Plaintiff's Telephone Number

   huirasnate@gmail.com
   Plaintiff's Email Address

   6346 Newcastle Ln, Racine, WI 53402

   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

Amended Complaint – 5