UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NATHAN JOHN HUIRAS,

    Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**

Case No. 22-cv-575-pp

KRISTEN CAFFERTY, MEGAN MCGEE NORRIS,
JESSICA ANNE GRUNDBERG, JEFFREY LEGGETT,
ANDREW PATCH, PATRICIA HANSON, STEVEN BEAL,
KELLY LARSEN and JOHN M. WAGNER,

    Defendants.

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint, alleging that the defendants violated his civil rights, is **DISMISSED** for lack of subject matter jurisdiction.

    **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 9th day of November, 2022.

    **BY THE COURT:**

    _____
    **HON. PAMELA PEPPER**
    **Chief United States District Judge**

    GINA M. COLLETTI
    Clerk of Court

    s/ *Cary Biskupic*
    (by) Deputy Clerk