UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NATHAN JOHN HUIRAS,

    Plaintiff,

v.

KRISTEN CAFFERTY, MEGAN MCGEE NORRIS,
JESSICA ANNE GRUNDBERG, JEFFREY LEGGETT,
ANDREW PATCH, PATRICIA HANSON, STEVEN BEAL,
KELLY LARSEN and JOHN M. WAGNER,

    Defendants.

**\*\*AMENDED\*\***
**JUDGMENT IN A CIVIL CASE**

Case No. 22-cv-575-pp

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint, alleging that the defendants violated his civil rights, is **DISMISSED** for lack of subject matter jurisdiction.

    **THE COURT ORDERS** that this case is **DISMISSED \*\*WITHOUT\*\* PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 28th day of July, 2023.

    **BY THE COURT:**

    _____
    **HON. PAMELA PEPPER**
    **Chief United States District Judge**

    GINA M. COLLETTI
    Clerk of Court

    s/ *Cary Biskupic*
    (by) Deputy Clerk